UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| AUSTIN ALLEN METZLER and DENISE LEE NICHOLSON, <br><br> Plaintiffs, <br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION d/b/a ELAN FINANCIAL SERVICES d/b/a CARD MEMBER SERVICE, <br><br> Defendant. | Case No: 4:17-cv-00037- TWP-DML <br><br> Honorable Judge Tanya W. Pratt |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, AUSTIN ALLEN METZLER and DENISE LEE NICHOLSON ("Plaintiff"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court their Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Date: 8/11/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF